```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE: PETER G. SHERIDAN                        Date: June 4, 2018

Court Reporter: Frank Gable

TITLE OF CASE:                                  CIVIL 18-90(PGS)
Michael J. Davidson

     vs.
Caliber Home Loans, Inc.

APPEARANCES:

Javier L. Merino, Esq Plaintiff

Robert T. Yusko, Esq for Defendant

NATURE OF PROCEEDINGS:

Hearing on motion [8] by Caliber Home Loans, Inc. to Dismiss.
Ordered motion reserved.


TIME COMMENCED:   1:00 PM            S/Dolores J. Hicks
TIME ADJOURNED:   1:20 PM               Deputy Clerk
TOTAL TIME:       0:20